**TEXAS DIVISION, Sons of Confederate Veterans, Incorporated, A Texas Corporation; Granvel J. Block, Individually; Ray W. James, Individually, Plaintiffs–Appellants**

v.

**Victor T. VANDERGRIFF, In His Official Capacity as Chairman of the Board; Clifford Butler, In His Official Capacity as a Member of the Board; Raymond Palacios, Jr., In His Official Capacity as a Member of the Board; Laura Ryan, In Her Official Capacity as a Member of the Board; Victor Rodriguez, In His Official Capacity as a Member of the Board; Marvin Rush, in his official capacity as a Member of the Board; John Walker, III, In His Official Capacity as a Member of the Board; Blake Ingram, In His Official Capacity as a Member of the Board, Defendants–Appellees.**

No. 13–50411.

United States Court of Appeals, Fifth Circuit.

July 28, 2015.

Roger James George, Jr., Trial Attorney, John Robert McConnell, George Brothers Kincaid & Horton, L.L.P., Austin, TX, for Plaintiffs–Appellants.

Scott A. Keller, Solicitor, Erika M. Kane, Assistant Attorney General, Office

---

of the Attorney General, Austin, TX, for Defendants–Appellees.

Before SMITH, PRADO, and ELROD, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM:

We are confronted with this case on remand from the Supreme Court. The Court reversed the judgment of a majority of this panel. *See Walker v. Tex. Div., Sons of Confederate Veterans, Inc.,* —— U.S. ——, 135 S.Ct. 2239, 192 L.Ed.2d 274 (2015). Accordingly, we now AFFIRM the district court's judgment for the reasons outlined in the Supreme Court's opinion.